UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-809-GCM and 3:12-CV-834-GCM

| | | |
|---|---|---|
| NGANDO THEODORE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ELLIOTT E. GOINS, JR., | ) | |
| BARRY M. GULLET, | ) | |
| CURTIS W. WALTON, JR., | ) | |
| CITY OF CHARLOTTE, | ) | |
|     Defendants. | ) | |

---

| | |
|---|---|
| NGANDO THEODORE, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ELLIOTT E. GOINS, JR., | ) |
| JOSEPH S. LOCKLER, | ) |
| BARRY M. GULLET, | ) |
| CURTIS W. WALTON, JR., | ) |
| CITY OF CHARLOTTE, | ) |
|     Defendants. | ) |

      **THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION.** The court has considered the filings in both cases, including the Complaints, and has determined that the employment discrimination claims raised in 3:12-cv-834 are based on the same facts as those raised in 3:12-cv-809 alleging a violation of the Family Medical Leave Act. The plaintiff is the same in both cases, and all but one defendant, Joseph S. Lockler, are the same in both cases.

      Therefore, for the purposes of judicial economy, the Court will consolidate 3:12-cv-834 with 3:12-cv-809. **IT IS THEREFORE ORDERED** that 3:12-cv-834 is consolidated with 3:12-cv-809. All filings shall be filed in 3:12-cv-809 and the clerk is directed to administratively close 3:12-cv-834.

Signed: February 26, 2013

Graham C. Mullen
United States District Judge