IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No. 3:12 CV 809

THEODORE N. NGANDO,

Plaintiff,

v.

"CITY OF CHARLOTTE- GOINS ELLIOT E. JR.;"
"CITY OF CHARLOTTE- LOCKLER JOSEPH S.;"
"CITY OF CHARLOTTE- GULLET BARRY M.;" and
"CITY OF CHARLOTTE- WALTON CURTIS W. JR.,"

Defendants.

FILED
CHARLOTTE, NC
OCT 17 2013
US District Court
Western District of NC

**THIS MATTER** is before the Court on Plaintiff's "Motion for Stay of Proceedings" (Doc. 24). Having considered the Motion and reviewed the pleadings, and finding no good cause to exist for Plaintiff's relief sought, the Court enters the following Order.

## ORDER

**IT IS THEREFORE, ORDERED** that Plaintiff's "Motion for Stay of Proceedings" (Doc. 24) is **DENIED**.

Signed: Oct. 17, 2013

*/s/ Graham C. Mullen*

The Honorable Graham C. Mullen,
United States District Court Judge Presiding