IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cv-00809-GCM

| | |
|---|---|
| Ngando Theodore, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| City of Charlotte- Elliot E. Goins Jr., City of Charlotte- Barry M. Gullet, City of Charlotte- Curtis W. Walton Jr., and City of Charlotte- Joseph S. Lockler, | ) |
| Defendants. | ) |

    This matter is before the Court upon its own motion. On November 1, 2013, the Court entered an Order directing the Plaintiff to file an Amended Complaint. The Plaintiff is hereby directed to file such Amended Complaint by November 27, 2013.

    IT IS SO ORDERED.

Signed: November 13, 2013

Graham C. Mullen
United States District Judge